# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY FERRARE, on behalf of himself : 
    and all others similarly situated, : 
        Plaintiff, : 
 : CIVIL ACTION
v. : NO. 14-4658
 : 
IDT ENERGY, INC., : 
        Defendant. : 

## **ORDER**

**AND NOW**, this  10th  day of  June, 2015, it is **ORDERED** that Defendant's Motion to Stay, or Alternatively, Dismiss Plaintiff's Amended Complaint (ECF No. 19) is **GRANTED in part and DENIED in part** as follows:

- Defendant's Motion to Stay is **GRANTED**;

- Defendant's Motion to Dismiss is **DENIED without prejudice**.


s/Anita B. Brody

_____
ANITA B. BRODY, J.


Copies **VIA ECF** on _____ to:    Copies **MAILED** on _____ to:

1